

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00254-CR

**JASON ALAN MCCONNELL,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 15-03699-CRM-CCL1**

## ABATEMENT ORDER

Appellant's brief was originally due February 26, 2018. After two extensions of time were granted, Appellant's brief was due June 1, 2018. On May 29, 2018, appellant requested a 15 day extension because counsel recently discovered that he only had a limited time to access the reporter's record through a link provided by the reporter and has not had access to the record.

In an order issued June 13, 2018, the Court questioned why counsel had not discovered this potential problem in the five months since the record had been filed and

whether counsel could read the record and prepare and file an adequate brief within, at most, 17 days. Nevertheless, the Court granted the motion and ordered appellant's brief due June 15, 2018. The Court also warned counsel that the failure to timely file appellant's brief would result in the Court abating this appeal to determine if appellant is receiving effective assistance of counsel. The Court has not received appellant's brief.

Accordingly, we abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 28 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed June 27, 2018

